UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-22400-CIV-WILLIAMS

LAWRENCE WELLS,

    Plaintiff,

vs.

ROYAL CARIBBEAN INTL
CRUISES LTD, *et al.*,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") on Defendants Royal Caribbean Cruises Ltd.'s, Yamilet Hurtado's and Catalin Tanase's motion to dismiss. (DE 57). In the Report, Judge Torres recommends that Defendants' motion to dismiss Plaintiff's second amended complaint against all defendants with prejudice be granted. Plaintiff Lawrence Wells filed objections to the Report. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Torres' Report (DE 57) is **AFFIRMED AND ADOPTED**.
2. Defendants Royal Caribbean Cruises Ltd.'s, Yamilet Hurtado's and Catalin Tanase's motion to dismiss (DE 51) is **GRANTED.**
3. This action is **DISMISSED**.
4. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida this 25th day of August, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE