UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-22400-CIV-WILLIAMS

LAWRENCE WELLS,

    Plaintiff,

vs.

ROYAL CARIBBEAN INTL
CRUISES LTD, *et al.*,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the entry of an order affirming and adopting Magistrate Judge Edwin G. Torres' report and recommendation, granting Defendants' motion to dismiss. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants. Plaintiff Lawrence Wells shall take nothing from his claims.

2. All remaining motions are **DENIED AS MOOT**.  The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida this 25th day of August, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE